**Fill in this information to identify the case:**

Debtor 1: AMI L. CAMPBELL
Debtor 2: 
(Spouse, if filing)
United States Bankruptcy Court for the: SOUTHERN District of Iowa
Case number: 17-01406

Official Form 410S1                                                                                                                    Chapter 13

Notice of Mortgage Payment Change                                                                                                      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of Creditor: BANK OF AMERICA, N.A.,                    Court claim no. (if known): 3-1

**Last four digits** of any number you use to identify the debtor's account:    5706

Date of payment change: 03/01/2021
Must be at least 21 days after date of this notice

New total payment: $1,028.22
Principal, interest and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**    Yes

Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current Escrow Payment:** $373.79                                **New Escrow Payment:** $479.55

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**    No

Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law.
If a notice is not attached, explain why:

**Current Interest Rate:**                                         **New Interest Rate:**

**Current principal and interest payment:**                        **New principal and interest payment:**

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**    No

Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(Court approval may be required before the payment change can take effect.)

Reason for change:

**Current mortgage payment:**                                      **New mortgage payment:**

| Debtor 1: AMI L. CAMPBELL | Case number (if known): 17-01406 |
|---|---|

## Part 4: Sign Here

The person completing the Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if Different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☐ I am the creditor    ☒ I am the creditor's authorized agent

(Attach copy of Power of Attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information and reasonable belief.

/s/ Diane Tran                                            Date: Jan 27, 2021
Signature

Print:  Diane Tran                                         Title:  Authorized Agent

Company:  Liepold, Harrison & Associates

Address:  701 Highlander Blvd., Ste. 200
          Arlington, TX 76015

Contact Phone:                                             Email:  dtran@ursusholdings.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF Iowa

In Re:  Case No. 17-01406

**AMI L. CAMPBELL**

Chapter 13

**Debtor(s)**

CERTIFICATE OF SERVICE

I hereby certify that on 01/27/2021, a true and correct copy of the foregoing Notice of Mortgage Payment Change was served upon all interested parties pursuant to the Court's CM/ECF system and/or by First Class U.S. Mail.

By: /s/ Diane Tran

BANK OF AMERICA, N.A.
701 Highlander Blvd., Ste. 200
Arlington, TX 76015

Debtor
AMI L. CAMPBELL

732 38TH STREET
DES MOINES, IA 50312

Debtor's Counsel
Samuel Z Marks
4225 University Ave.
Des Moines, IA 50311

Trustee
CAROL F. DUNBAR
531 COMMERCIAL ST. STE 500
WATERLOO, IA 50701

U.S. Trustee
United States Trustee
Federal Bldg, Room 793 210 Walnut Street
Des Moines, IA 50309

CARRINGTON MORTGAGE SERVICES, LLC
P.O. Box 5001
Westfield, IN 46074

(800) 561-4567  FAX: (949) 517-5220

                                    /P1         /    680
AMI CAMPBELL                                         YOUR LOAN NUMBER 
732 38TH ST
DES MOINES          IA 50312                         DATE: 12/14/20


*** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLES ESCROW ACCOUNT HISTORY ***

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE
ACTUAL ESCROW ACTIVITY BEGINNING MARCH,2020 AND ENDING FEBRUARY, 2021.  IF YOUR LOAN
WAS PAID-OFF, ASSUMED, OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS
BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.  THIS STATEMENT IS INFORMATIONAL ONLY
AND REQUIRES NO ACTION ON YOUR PART.

           --- YOUR PAYMENT BREAKDOWN AS OF MARCH,2020 IS ---

              PRIN & INTEREST              548.67
              ESCROW PAYMENT               370.25
              SHORTAGE PYMT                  3.54
              TOTAL                        922.46

         -- PAYMENTS TO ESCROW --      -- PAYMENTS FROM ESCROW --              -- ESCROW BALANCE --
MONTH   PRIOR PROJECTED   ACTUAL   PRIOR PROJECTED  DESCRIPTION    ACTUAL  DESCRIPTION   PRIOR PROJECTED   ACTUAL
                                                          STARTING BALANCE  = = = >       2432.75     166.14-
MAR      370.25 *         368.22    1640.00        COUNTY TAX     1640.00  COUNTY TAX    1163.00    1437.92- ALP
APR      370.25 *         736.44    1163.00 *      HOMEOWNERS                             370.25 TLP  701.48-
MAY      370.25 *                                                                         740.50     701.48-
JUN      370.25 *         373.79                                                         1110.75     327.69-
JUL      370.25 *         747.58                                                         1481.00     419.89
AUG      370.25 *         747.58                                                         1851.25    1167.47
SEP      370.25 *                   1640.00 *      COUNTY TAX     1830.00  COUNTY TAX     581.50     662.53-
OCT      370.25 *         747.58                                                          951.75      85.05
NOV      370.25 *         373.79                                                         1322.00     458.84
DEC      370.25             E                                                            1692.25     458.84
JAN      370.25             E                                                            2062.50     458.84
FEB      370.25             E                                                            2432.75     458.84
TOT     4443.00          4094.98    4443.00                       3470.00

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHES ITS LOWEST POINT, THAT BALANCE IS TARGETED
NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS.  YOUR LOAN DOCUMENTS OR STATE LAW MAY
SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT ESCROW BALANCE
(TLP) WAS $370.25.  YOUR ACTUAL LOW POINT ESCROW BALANCE (ALP) WAS  $1,437.92-.

BY COMPARING THE PROJECTED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN
DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.  AN ASTERISK  (*) INDICATES A DIFFERENCE IN EITHER THE
AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY.
THE LETTER "E" BESIDE AN AMOUNT INDICATES THAT THE PROJECTED ACTIVITY HAS NOT YET OCCURRED DUE TO THE
DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION
TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.
Your projected escrow balance consists of the following detail (an * next to an amount
indicates this is a total that represents more than one payment to or disbursement from escrow):

**Escrow payments up to escrow analysis effective date:**
09/19       $368.22        10/19       $368.22        11/19       $1,472.88   *



        * * *  ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS  * * *

           PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR
ANY SHORTAGE OR DEFICIENCY THAT YOU MUST PAY. IT ALSO SHOWS YOU THE PROJECTED ESCROW
ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING MARCH,2021 AND ENDING FEBRUARY,2022.
------------------- PROJECTED PAYMENTS FROM ESCROW - MARCH,2021 THROUGH FEBRUARY,2022 -------------
              HOMEOWNERS INSU                1,363.00
              COUNTY TAX                     3,660.00

              TOTAL                          5,023.00
              PERIODIC PAYMENT TO ESCROW       418.58    (1/12 OF "TOTAL FROM ESCROW")
------------------- PROJECTED ESCROW ACTIVITY -  MARCH,2021 THROUGH FEBRUARY,2022 ----------------------
         ---- PROJECTED PAYMENTS --                          -- ESCROW BALANCE COMPARISON --
MONTH     TO ESCROW      FROM ESCROW     DESCRIPTION       PROJECTED       REQUIRED
                         ACTUAL STARTING BALANCE  = = = >    2,042.69       2,774.42
MAR,21     418.58        1,830.00        COUNTY TAX            631.27       1,363.00
APR,21     418.58        1,363.00        HOMEOWNERS INSU       313.15- ALP    418.58 RLP
MAY,21     418.58                                              105.43         837.16
JUN,21     418.58                                              524.01       1,255.74
JUL,21     418.58                                              942.59       1,674.32
AUG,21     418.58                                            1,361.17       2,092.90
SEP,21     418.58        1,830.00        COUNTY TAX             50.25-        681.48
OCT,21     418.58                                              368.33       1,100.06
NOV,21     418.58                                              786.91       1,518.64
DEC,21     418.58                                            1,205.49       1,937.22
JAN,22     418.58                                            1,624.07       2,355.80
FEB,22     418.58                                            2,042.65       2,774.38


              **** CONTINUED ON NEXT PAGE ****

**** CONTINUATION ****

-------------------------------- **DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE** ---------------------------------

IF THE PROJECTED LOW POINT BALANCE (ALP) IS
LESS THAN THE REQUIRED LOW POINT BALANCE (RLP),
THEN THERE IS AN ESCROW SHORTAGE....                    THE ESCROW SHORTAGE IS....           731.73- *

* THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM March 1, 2021.

IF YOU CHOOSE TO PAY THE ESCROW SHORTAGE IN FULL IN A LUMP SUM PRIOR TO THE EFFECTIVE PAYMENT DATE, YOUR MONTHLY
PAYMENT WILL BE REDUCED BY THE MONTHLY SHORTAGE PAYMENT AMOUNT.

AT THE TIME OF YOUR BANKRUPTCY FILING, YOUR ESCROW SHORTAGE INCLUDED IN THE POC (PROOF OF CLAIM) IS $88.69.

------------------------------------ **CALCULATIONS OF YOUR NEW PAYMENT AMOUNT** -----------------------------------------

                    PRIN & INTEREST              548.67 *
                    ESCROW PAYMENT               418.58
                    SHORTAGE PYMT                 60.97
BORROWER PAYMENT STARTING WITH THE PAYMENT DUE   03/01/21   ==>           1,028.22

* IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST PORTION OF
  YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH YOUR LOAN DOCUMENTS.

NOTE :     YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY
           HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN
           WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM
           ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL PROJECTED ESCROW
           DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS $740.50.
           YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. YOUR MORTGAGE
           CONTRACT AND STATE LAW ARE SILENT ON THIS ISSUE. WHEN YOUR ESCROW BALANCE
           REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED
           TO BE YOUR CUSHION AMOUNT.
           YOUR ESCROW CUSHION FOR THIS CYCLE IS $418.58.

   YOUR PROJECTED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES
   THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):

**Escrow payments up to escrow analysis effective date:**
11/20     $373.79          12/20     $373.79          01/21     $747.58*

**IMPORTANT BANKRUPTCY NOTICE**

If you have been discharged from personal liability on the mortgage because of bankruptcy
proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending
bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely
provides informational notice regarding the status of the loan.  If you are represented by
an attorney with respect to your mortgage, please forward this document to your attorney.

**CREDIT REPORTING**

We may report information about your account to credit bureaus. Late payments, missed payments,
or other defaults on your account may be reflected in your credit report.  As required by law,
you are hereby notified that a negative credit report reflecting on your credit record may be
submitted to a credit reporting agency if you fail to fulfill the terms of your credit
obligations.

**MINI MIRANDA**

This communication is from a debt collector and it is for the purpose of collecting a debt and
any information obtained will be used for that purpose. This notice is required by the
provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting
to collect money from anyone who has discharged the debt under the bankruptcy laws of the
United States.

**HUD COUNSELOR INFORMATION**

If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership
counselors or counseling organizations in your area by calling the HUD nationwide toll-free
telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or
by going to www.consumerfinance.gov/find-a-housing-counselor.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit
applicants on the basis of race, color, religion, national origin, sex, marital status, or age
(provided the applicant has the capacity to enter into a binding contract); because all or part
of the applicant's income derives from any public assistance program; or because the applicant
has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal
Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the
Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.